# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

KEVIN SCOTT GROOMS, )
                   Plaintiff, )
                   v. ) No. 08-4034-CV-C-SOW
THOMAS ARRAS, et al., )
                   Defendants. )

## ORDER

On April 23, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of April 23, 2008, is adopted. [3] It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, without prejudice, pursuant to 28 U.S.C. § 1915(e), on abstention grounds.

                                        /s/Scott O. Wright
                                        SCOTT O. WRIGHT
                                        Senior United States District Judge

Dated: May 19, 2008